IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SAMUEL L. THOMAS                                                                        PLAINTIFF

v.                                          Case No. 5:14-CV-05012

SERGIO BARRON, Benton County
Public Defenders Office; and BENTON
COUNTY DETENTION CENTER                                                     DEFENDANTS

## ORDER

Currently before the Court is the Report and Recommendation (Doc. 11) of the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas, filed in this case on May 8, 2014. The Magistrate has conducted a pre-service screening of the Complaint pursuant to the Prison Litigation Reform Act, 28 U.S.C. § 1915A, and recommends dismissing all claims as per § 1915(e)(2)(B). Plaintiff has filed an Objection (Doc. 12) to the Report and Recommendation, but in that Objection has failed to address any of the Magistrate's substantive findings. Instead, Defendant's Objection states that he would like to be given the opportunity to assert new or different claims against certain undisclosed parties. He alleges generally that he has suffered and is suffering race discrimination and racial profiling—claims that were not made in the instant lawsuit—and accordingly requests "premission [sic] and time to file an Amended Complaint." *Id.*

After careful review of the Report and Recommendation and a *de novo* review of the record, the Court finds that Defendant's Objection offers neither law nor fact requiring departure from the Magistrate's findings. To the extent Defendant's Objection may be

construed as a Motion to Amend the Complaint in order to bring new claims against other parties, this request is denied. Any non-frivolous claims Defendant wishes to make against another person or entity subject to suit may be brought in a separate action.

For these reasons, the Report and Recommendation (Doc. 11) is **ADOPTED IN ITS ENTIRETY**, and this case is **DISMISSED WITH PREJUDICE**. As dismissal will constitute a strike under 28 U.S.C. § 1915(g), the Clerk of Court is directed to place a strike flag on the case.

**IT IS SO ORDERED** this 24th day of September, 2014.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE